Enterprise Transfer Company, appellant, v. Anna Trentadue Favia, appellee. Gen. No. 37,595.

636

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.
Hogan & Simon, for appellant. Earl J. Walker, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.